FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

09 JAN 22 PM 4:45

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:09CR-3005 |
| ) | |
| vs. ) | INDICTMENT |
| ) | 26 U.S.C. §5861(d) |
| AARON LAWLESS and RICHARD CANFIELD, ) | 26 U.S.C. §5871 |
| ) | 18 U.S.C. §924(d) |
| Defendant. ) | 28 U.S.C. §2461(c) |

The Grand Jury Charges that:

## COUNT I

On or about the 25th day of November, 2008, in the District of Nebraska, AARON LAWLESS and RICHARD CANFIELD, defendants, did each knowingly possess a firearm, to wit:

(1) An AK-type 7.62 x 39 mm caliber machine gun, bearing number on receiver of MR1904 but no apparent serial number, with a barrel length of approximately 10 3/4 inches, and

(2) An AK-type 5.45 x 39 mm caliber machine gun, with no apparent serial number, with a barrel length of approximately 10 5/8 inches

which were not registered to AARON LAWLESS or RICHARD CANFIELD, in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT II

On or about the 25th day of November, 2008, in the District of Nebraska, AARON LAWLESS, defendant, did knowingly possess a firearm, to wit:

(1) A Ruger .22 caliber rifle with serial number 259-58311, with a

-1-

> barrel less than 16 inches in length, to wit: approximately 12 1/2 inches in length

which was not registered to AARON LAWLESS, in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT III

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 924(c)(1)(A)(I) as set forth in Count I of this Indictment, the defendants AARON LAWLESS and RICHARD CANFIELD, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to:

> (1) An AK-type 7.62 x 39 mm caliber machine gun, bearing number on receiver of MR1904 but no apparent serial number, with a barrel length of approximately 10 3/4 inches, and
>
> (2) An AK-type 5.45 x 39 mm caliber machine gun, with no apparent serial number, with a barrel length of approximately 10 5/8 inches
>
> (3) A Ruger .22 caliber rifle with serial number 259-58311, with a barrel less than 16 inches in length, to wit: approximately 12 1/2 inches in length

All pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code Section 2461(c).

A TRUE BILL: 

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

ALAN L. EVERETT
Assistant United States Attorney