PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA


SEALED

U.S.A. vs. Aaron Lawless                                   Docket No. 4:09CR3005

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy S. Bare, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Aaron Lawless, who was placed under pretrial release supervision by the Honorable David L Piester sitting in the Court at Lincoln, NE, on February 9, 2009, under the following conditions:

7. The defendant shall:
   (F) Avoid all contact, directly or indirectly, with any persons, who are or who may be involved with the the subject investigation or prosecution as a victim, potential witness, juror, or otherwise, including but not limited to: Richard Canfield
   (N) Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

Respectfully presenting petition for action of Court and for cause as follows:

On or about March 23, 2009, Aaron Lawless apparently made threats toward an investigating law enforcement officer in this case as revealed on facebook.com.

The defendant submitted urine specimens which tested positive for THC metabolite on March 5, 2009, March 6, 2009 and March 16, 2009.

PRAYING THAT THE COURT WILL ORDER a warrant for the arrest of Aaron Lawless to be brought before U. S. District Court, 100 Centennial Mall North, Lincoln, Nebraska to answer to allegations of violations of the order setting conditions of release.

ORDER OF COURT

Considered and ordered this 24th day of Mar., 2009 and ordered filed and made a part of the records in the above case.

_David L. Piester_
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 24, 2009

_Mindy S. Bare_
U.S. Pretrial Services Officer

Place: Lincoln, NE

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
2009 MAR 24 PH 1:24
OFFICE OF THE CLERK

Warrant issued on 3-24-09    Copies to USA, USM & Pretrial